# Court of Appeals
# of the State of Georgia

ATLANTA,  December 08, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0498. TYREE JAMAAL SIMMONS v. THE STATE.**

While represented by counsel, Tyree Jamaal Simmons entered a negotiated guilty plea to charges of child molestation and aggravated sexual battery. Through the same counsel, Simmons filed a motion to withdraw the guilty plea, which is pending below. After the motion was filed, Simmons filed this pro se appeal from the judgment of conviction and sentence. We lack jurisdiction.

Pretermitting whether Simmons is entitled to a direct appeal while the motion is pending below, "[a] criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) (citations and punctuation omitted). When a criminal defendant submits a pro se filing while still represented by counsel, the filing is a legal nullity and will be dismissed by an appellate court. *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017). In this case, Simmons was represented by counsel at all times during these proceedings. The record is devoid of any order indicating that his counsel had been relieved of representation before Simmons filed his pro se notice of appeal.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __12/08/2022__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*